### 34942. HILL et al. v. CROWELL et al.

PER CURIAM

This court granted the application for writ of certiorari to review the decision and judgment of the Court of Appeals in *Hill v. Crowell*, 149 Ga. App. 461 (254 SE2d 519) (1979).

1. Under Code Ann. § 59-705, either party in a civil suit has the right to an examination of jurors individually prior to the interposing of a challenge. *Whaley v. Sim Grady Machinery Co.,* 218 Ga. 838, 839 (1) (131 SE2d 181) (1963).

2. Where a party in a civil case has been denied the right to an examination of jurors individually, the error is presumed to be harmful. *Bradham v. State,* 243 Ga. 638 (256 SE2d 331) (1979); *Poultryland, Inc. v. Anderson,* 200 Ga. 549, 561-562 (37 SE2d 785) (1946).

*Judgment affirmed in part and reversed in part. All the Justices concur, except Hall, J., who concurs in the judgment only, and Bowles, J., who dissents to Division 2.*

ARGUED JULY 9, 1979 — DECIDED SEPTEMBER 6, 1979 —
REHEARING DENIED SEPTEMBER 25, 1979.

*Douglas L. Breault,* for appellants.
*Jerry A. Buchanan, J. Barrington Vaught,* for appellees.